FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br>SEAN PATRICK KELLY,<br>　　　　　　Defendant. | Case No. CR 06-0215-ABC-2<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>Fed. R. Crim. P. 32.1(a)(6)<br><br>[Allegations of Violations of Probation or Supervised Release or Conditions of Release] |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A)　(✓)　the appearance of defendant as required; and/or

(B)　(✓)　the safety of any person or the community.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because of Defendant's prior criminal history.

B. (✓) Defendant is a flight risk because Defendant has failed to comply with the provisions of his drug testing and, in fact, appeared to have absconded from supervision all together.

Notably, Defendant submitted to detention.

IT IS ORDERED that Defendant be detained.

DATED: September 8, 2011

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE